United States District Court
Southern District of Texas
FILED
APR 2 0 2005 BM
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
APR 2 1 2005 BM
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. L-00-363 |
| | * | CIVIL ACTION NO. L-05-58 |
| GUADALUPE ALANIZ-RAMIREZ | * | |

### FINAL JUDGMENT

For reasons detailed in a Memorandum of even date, this Defendant's §2255 motion is DISMISSED with prejudice.

The Court further finds that Defendant's motion makes no substantial showing of the denial of a constitutional right, and no certificate of appealability will issue. The Court also certifies, pursuant to 28 U.S.C. §1915(a)(3), that any appeal from this decision would not be taken in good faith and, therefore, should not be taken in forma pauperis.

DONE at Laredo, Texas, this 20th day of April, 2005.

*[signature]*
United States District Judge